IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ALAN P. WOODRUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-330 |
| | ) | |
| NATIONAL LIFE INSURANCE COMPANY, | ) | |
| A Vermont Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the evidence produced at the nonjury trial held on October 30, 2006, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **ORDERED** that judgment enter in favor of defendant, National Life Insurance Company, and against plaintiff, Alan P. Woodruff.

It is further **ORDERED** that plaintiff's "Motion for Status Report" [doc. 51] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

                                        s/ Leon Jordan
                                  United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
  PATRICIA L. McNUTT
    CLERK OF COURT